UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

J AND J SPORTS
PRODUCTIONS, INC.,

    Plaintiff,

v.

BILRIVIN, INC., *et al.*,

    Defendants.
_____/

Case No. 14-11696
Hon. Matthew F. Leitman

### ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF #15); PERMITTING ADDITIONAL DISCOVERY; AND SETTING STATUS CONFERENCE

For the reasons stated on the record, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Summary Judgment (ECF #15) is **DENIED**.

**IT IS FURTHER ORDERED** that the parties are permitted to conduct additional discovery until **May 26, 2015.** Discovery must be served sufficiently in advance of the discovery cutoff date so as to allow the opposing party sufficient time to respond under the Federal Rules of Civil Procedure prior to the close of discovery.

**IT IS FINALLY ORDERED** that counsel for the parties shall appear for a telephonic status conference with the Court on **May 27, 2015, at 2:30 p.m.** Counsel shall use the following dial-in information to access the conference:

- Call-in number: (215) 446-3649
- Access code: 8390969

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: March 26, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 26, 2015, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113